# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy         12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | Tatoes, LLC | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 72-1604083 | |
| 4. | Debtor's address | **Principal place of business**<br><br>18400 Road 24 SW<br>Mattawa, WA 99349<br>Number, Street, City, State & ZIP Code<br><br>Yakima<br>County | **Mailing address, if different from principal place of business**<br><br>PO Box 1579<br>Mattawa, WA 99349-0960<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | tatoes.com | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: | |

Debtor  **Tatoes, LLC**                                          Case number (*if known*)
        Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

_____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____

| Debtor | Tatoes, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 3

16-00900-FPC11    Doc 1    Filed 03/21/16    Entered 03/21/16 16:12:10    Pg 3 of 19

Debtor  **Tatoes, LLC**  
    Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signature

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 21, 2016**
    MM / DD / YYYY

X _____  
Signature of authorized representative of debtor

Title **Managing Member**

_Del Christensen_  
Printed name

**18. Signature of attorney**

X _____  
Signature of attorney for debtor

Date **March 21, 2016**  
    MM / DD / YYYY

**Roger Bailey**  
Printed name

**Bailey and Busey PLLC**  
Firm name

**411 North 2nd Street**  
**Yakima, WA 98901**  
Number, Street, City, State & ZIP Code

Contact phone _____  Email address  **roger.bailey.attorney@gmail.com**

**26121**  
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Tatoes, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WASHINGTON, YAKIMA DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 21, 2016**

X _____
Signature of individual signing on behalf of debtor

Del Christensen
Printed name

Managing Member
Position or relationship to debtor

Fill in this information to identify the case:
Debtor name | Tatoes, LLC
United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON, YAKIMA DIVISION
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Saddle Mountain Supply Company<br>PO Box 370<br>Royal City, WA 99357-0370 | | | | | | $1,708,831.62 |
| Jane Calaway<br>23004 Road G SW<br>Mattawa, WA 99349-9245 | | | | | | $196,000.00 |
| CHS, Inc.<br>Sun Basin Operations<br>13184 Wheeler Rd NE Ste 2<br>Moses Lake, WA 98837-9118 | | | | | | $166,884.09 |
| Simplot Growers Solutions<br>PO Box 366<br>Royal City, WA 99357-0366 | | | | | | $63,340.90 |
| Sunslope Farm, Inc.<br>26503 SW O<br>Mattawa, WA 99349 | | | | | | $57,000.00 |
| John Deere Financial<br>6400 NW 86th St<br>Johnston, IA 50131-2945 | | | | | | $36,537.88 |
| Heritage Farms<br>12486 Road E SW<br>Royal City, WA 99357-9759 | | | | | | $16,250.00 |

| Debtor | Tatoes, LLC | Case number (if known) | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lad Irrigation Company, Inc PO Box 880 Moses Lake, WA 98837-0127 | | | | | | $16,047.25 |
| Randy Niessner 11549 Road E SW Royal City, WA 99357-9758 | | | | | | $12,675.00 |
| AG Air Flying Service, Inc. PO Box 99 Royal City, WA 99357-0099 | | | | | | $11,253.01 |
| Grant County PUD PO Box 878 Ephrata, WA 98823-0878 | | | | | | $8,596.59 |
| Evergreen Implement, Inc. PO Box 548 Othello, WA 99344-0548 | | | | | | $7,330.29 |
| EZ Fixing Foods, LLC PO Box 1216 Mattawa, WA 99349-0915 | | | | | | $7,153.94 |
| Callahan Mfg, Inc. PO Box 205 Royal City, WA 99357-0205 | | | | | | $7,096.62 |
| Valmont Northwest, Inc. 1619 E Hillsboro St Pasco, WA 99301-9515 | | | | | | $6,779.64 |
| Rizzuti Farms, LTD 36 S 1st Ave Othello, WA 99344-1302 | | | | | | $4,589.78 |
| Department of Licensing PO Box 37 Ephrata, WA 98823-0037 | | | | | | $1,923.00 |
| Clearwater Supply, Inc. PO Box 584 Othello, WA 99344-0584 | | | | | | $1,863.67 |

| Debtor | Tatoes, LLC | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Crop Production Services, Inc. 7139 W Hood Pl Kennewick, WA 99336-6704 | | | | | | $1,311.67 |
| Desert Rain Irrigation, Inc. 5573 Road 11 SW Royal City, WA 99357-9607 | | | | | | $1,059.95 |

**United States Bankruptcy Court**
**Eastern District of Washington, Yakima Division**

IN RE:  Case No. _____

Tatoes, LLC  Chapter **11**
_____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **March 21, 2016**     Signature: _____
                                        Del Christensen, Member                    Debtor

Date: _____     Signature: _____
                                                                          Joint Debtor, if any

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Tatoes, LLC
PO Box 1579
Mattawa, WA  99349-0960


Hurley & Lara
411 North 2nd Street
Yakima, WA  98901


A&M Supply
PO Box 1166
Hermiston, OR  97838-3166


ABC Hydraulics
PO Box 966
Moses Lake, WA  98837-0145


AG Air Flying Service, Inc.
PO Box 99
Royal City, WA  99357-0099


Allan Marcusen
9990 Frenchman Hills Rd
Quincy, WA  98848-9570


Augo Ag Supply & Repair T1035
PO Box 1218
Mattawa, WA  99349-0915

Basin Propane, LLC
955 E Broadway Ave
Moses Lake, WA  98837-9800


Bergstrom Aircraft Inc.
4102 Stearman Ave
Pasco, WA  99301-7110


Callahan Dairy
PO Box 205
Royal City, WA  99357-0205


Callahan Mfg, Inc.
PO Box 205
Royal City, WA  99357-0205


Central Basin Hardware & Supply Inc.
PO Box 547
Royal City, WA  99357-0547


Century Link
PO Box 660068
Dallas, TX  75266-0068


CHS, Inc.
Sun Basin Operations
13184 Wheeler Rd NE Ste 2
Moses Lake, WA  98837-9118

Clearwater Supply, Inc.
PO Box 584
Othello, WA  99344-0584


CO-Energy
1015 N Oregon Ave
Pasco, WA  99301-5986


Commercial Tire
341 E Main St
Othello, WA  99344-1055


Consolidated Disposal Service, Inc.
PO Box 1154
Ephrata, WA  98823-1154


Crop Production Services, Inc.
7139 W Hood Pl
Kennewick, WA  99336-6704


Crystal Springs
PO Box 660579
Dallas, TX  75266-0579


Department of Licensing
PO Box 37
Ephrata, WA  98823-0037

Desert Rain Irrigation, Inc.
5573 Road 11 SW
Royal City, WA  99357-9607


Double L
2698 Lakeview Rd
American Falls, ID  83211-5261


Evergreen Implement, Inc.
PO Box 548
Othello, WA  99344-0548


EZ Fixing Foods, LLC
PO Box 1216
Mattawa, WA  99349-0915


Fleet Matics USA, LLC
70 Walnut St Fl 2
Wellesley Hills, MA  02481-2135


Grant County PUD
PO Box 878
Ephrata, WA  98823-0878


GWP Holdings, LLC
PO Box 24065
Seattle, WA  98124-0065

Haskins Steel Co., Inc.
PO Box 4219
Spokane, WA  99220-0219


Heritage Farms
12486 Road E SW
Royal City, WA  99357-9759


Husky International Trucks, Inc.
13123 48th Ave S
Seattle, WA  98168-3305


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


Jane Calaway
23004 Road G SW
Mattawa, WA  99349-9245


Jim's Pacific Garages, Inc.
2708 N Commercial Ave
Pasco, WA  99301-9507


John Deere Financial
6400 NW 86th St
Johnston, IA  50131-2945

John Deere Financial
PO Box 6600
Johnston, IA  50131-6600


Johnson's Glass & Doors, LLC
20 S Broadway Ave
Othello, WA  99344-1344


Lad Irrigation Company, Inc
PO Box 880
Moses Lake, WA  98837-0127


Les Schwab Othello
315 S Broadway Ave
Othello, WA  99344-1349


Les Schwab Royal
PO Box 369
Royal City, WA  99357-0369


Mattawa Auto Parts
PO Box 1246
Mattawa, WA  99349-0915


Moses Lake Steel Supply, Inc.
PO Box 1122
Moses Lake, WA  98837-0170

Norco
PO Box 15299
Boise, ID  83715-5299


Parts City Auto Supply
474 Camelia St
Royal City, WA  99357


Platt
10605 SW Allen Blvd
Beaverton, OR  97005-4828


ProBuild
PO Box 5455
Kennewick, WA  99336-0455


Rabo Agrifinance, Inc.
c/o Ray Quinney & Nebeker PC
36 S State St Ste 1400
Salt Lake City, UT  84111-1451


Randy Niessner
11549 Road E SW
Royal City, WA  99357-9758


Rizzuti Farms, LTD
36 S 1st Ave
Othello, WA  99344-1302

Saddle Mountain Supply Company
PO Box 370
Royal City, WA  99357-0370


Simplot Growers Solutions
PO Box 366
Royal City, WA  99357-0366


Spokane House of Hose, Inc.
5520 E Sprague Ave
Spokane, WA  99212-0825


Sprague Pest Solutions
PO Box 2222
Tacoma, WA  98401-2222


Spudnik Equipment Company LLC
PO Box 1045
Blackfoot, ID  83221-1045


Stoneway Electric Supply
101 S Wiser Ln
Moses Lake, WA  98837-9578


Sunslope Farm, Inc.
26503 SW O
Mattawa, WA  99349

Tacoma Screw Products, Inc.
2001 Center St
Tacoma, WA  98409-7821


Think Tank Sanitation, Inc.
15639 Road 23 SW
Mattawa, WA  99349-8304


Valmont Northwest, Inc.
1619 E Hillsboro St
Pasco, WA  99301-9515


Verizon Wireless
PO Box 9622
Mission Hills, CA  91346-9622


WA State Dept of Labor & Industries
PO Box 44171
Olympia, WA  98504-4171


WA State Dept of Revenue
PO Box 47476
Olympia, WA  98504-7476


WA State Employment Security Dev.
PO Box 9046
Olympia, WA  98507-9046

Washington Farm Bureau Retro/Safety
PO Box 1009
Olympia, WA  98507-1009


Western States Equipment
PO Box 38
Boise, ID  83707-0038


Windflow Fertilizer
15030 Road 26 SW
Mattawa, WA  99349-8238