Roger W. Bailey
Joshua J. Busey
BAILEY & BUSEY PLLC
411 N. 2nd Street
Yakima, Washington 98901

Phone:       509.248.4282
Facsimile:   509.575.5661
E-Mail:      roger.bailey.attorney@gmail.com
             joshua.busey.attorney@gmail.com

*Attorneys for the Debtors-in-Possession*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>WAHLUKE PRODUCE, INC.,<br><br>        Debtor. | Case No.  16-00899<br>Case No.  16-00900<br>Case No.  16-00898<br><br>DEBTORS' JOINT MOTION FOR AN ORDER PERMITTING THE JOINT ADMINISTRATION OF THESE CASES AND THE USE OF A CONSOLIDATED MAILING MATRIX<br><br>***WITH REQUEST TO SHORTEN TIME FOR NOTICE AND OBJECTIONS & REQUEST FOR EMERGENCY HEARING*** |
| IN RE:<br><br>TATOES, LLC,<br><br>        Debtor. | |
| IN RE:<br><br>COLUMBIA MANUFACTURING, | |

Motion for Joint Administration

-1-

BAILEY **B**B **B** BUSEY
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

| INC., dba COLUMBIA ONION | |
|---|---|
| Debtor. | |

Wahluke Produce, Inc. ("**Wahluke**"), Tatoes, LLC ("**Tatoes**"), and Columbia Manufacturing, Inc. dba Columbia Onion ("**Columbia**") jointly move under Federal Rule of Bankruptcy Procedure 1015(b) for an order (a) providing for the joint administration of these cases; and (b) permitting the use of a consolidated mailing matrix. Wahluke, Tatoes, and Columbia may collectively be referred to herein as the "**Debtors**." This Motion is supported by the records and files herein and the Declaration of Del Christensen.

## I. Background

1. On March 21, 2016, the Debtors each filed a chapter 11 bankruptcy proceeding with the cause numbers referenced in the above caption. Each of the Debtors are continuing in the possession of their property and are operating and managing their businesses as debtors in possession under sections 1107 and 1108 of the Bankruptcy Code.

**Motion for Joint Administration**



BAILEY BUSEY
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

2. Wahluke, Tatoes, and Columbia are family run businesses and each is owned 100% by Del and Daneen Christensen, husband and wife ("**Christensens**"). The Christensens (1) own all outstanding shares of Wahluke and Columbia and make up all of the board of directors of the same; and (2) are the sole members of Tatoes. The Christensens have the sole voting power associated with each of the Debtors.

3. Together the Debtors, along with additional family business ventures, comprise a fully integrated farming, packing, storage, and shipping enterprise. Along with this Motion, the Debtors have jointly filed a Motion for an Order (a) Authorizing Emergency & Interim Use of Cash Collateral; (b) Authorizing Final Use of Cash Collateral ("**CC Motion**"). The CC Motion describes the background and structure of each of the Debtors along with the assets of the Debtors and primary secured creditors of the Debtors. The statements and averments in the CC Motion are fully incorporated in this Motion.

**Motion for Joint Administration**

BAILEY BUSEY
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

-3-

16-00900-FPC11    Doc 5    Filed 03/21/16    Entered 03/21/16 17:16:05    Pg 3 of 9

4. The Debtors are jointly and severally liable to their primary operating lender – Rabo AgriFinance ("**Rabo**"). At the time of the filing of the bankruptcy petitions, it is estimated that the total debt owed to Rabo was $22,000,000.00. Each of the Debtors has given Rabo a blanket security interest in all of their assets, including accounts receivable.

## II. Jurisdiction

5. The Court has jurisdiction over this matter under 28 U.S.C. 157(b) and 1334. This matter is a core proceeding as defined in 28 U.S.C. 157(b)(2)(A) and (O).

## III. Argument

6. Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, if two or more petitions are pending in the same Court by or against a debtor and an affiliate, the Court may order the joint administration of the cases. Each of the Debtors is wholly owned by the Christensens who have the sole and complete voting power over each of the Debtors. Accordingly, each of the Debtors is an affiliate of the other, as that term is defined in 11 U.S.C. 101(2). Rule 1015(b) contemplates the joint administration of these cases.



Motion for Joint Administration

411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

7. The relief requested is appropriate because it will benefit the Debtors' estate as stated below:

   a. Based on the integrated relationship of the Debtors and the similarity of their creditors, joint administration will lessen the administrative costs.

   b. The Debtors business operations are closely related and a portion of their general administration and operational expenses are shared. Joint administration will provide for efficiency and will eliminate the need for duplicative notices, applications, motions, and orders.

   c. A consolidated matrix will best ensure that notice of the proceedings will be comprehensively provided and will also lessen the administrative burden.

   d. For the sake of clarity and simplicity, the Debtors request that only one Court file and one Court docket be maintained, which file and docket should be the file and docket established for Tatoes.

Motion for Joint Administration

BAILEY BUSEY
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

-5-

16-00900-FPC11    Doc 5    Filed 03/21/16    Entered 03/21/16 17:16:05    Pg 5 of 9

e.  Creditors and parties in interest will benefit from the reduction in costs, efficiency, clarity, and simplicity provided by the joint administration and other relief outlined herein. The Court and Court staff will be relieved of the burden of entering duplicative orders and maintaining duplicative files. The supervision and administration of these cases by the Office of the US Trustee will be simplified by the joint administration.

### IV. Conclusion

8.  Based on the foregoing, the Debtors respectfully request entry of an Order permitting joint administration, use of a consolidated mailing matrix, and such other relief as is deemed just and proper.

DATED this 21 day of March, 2016.

_____
ROGER W. BAILEY (WSBA 26121)
JOSHUA J. BUSEY (WSBA 34312)
Bailey & Busey PLLC
Counsel for the Debtors-in-Possession

E:\USB 3.0 PC Card Adapter\WAHLUKE PRODUCE-355\Bankruptcy\Pleadings\Joint Administration\Motion for Joint Admin (031016).doc

**Motion for Joint Administration**

BAILEY BUSEY
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

-6-

Roger W. Bailey
Joshua J. Busey
BAILEY & BUSEY PLLC
411 N. 2nd Street
Yakima, Washington 98901

Phone:        509.248.4282
Facsimile:    509.575.5661
E-Mail:       roger.bailey.attorney@gmail.com
              Joshua.busey.attorney@gmail.com

*Attorneys for Debtors*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>WAHLUKE PRODUCE, INC.,<br><br>           Debtor. | Case No. 16-00899<br>Case No. 16-00900<br>Case No. 16-00898<br><br>ORDER FOR JOINT ADMINISTRATION OF THESE CASES AND CONSOLIDATING THE MAILING MATRIX |
| IN RE:<br><br>TATOES, LLC,<br><br>           Debtor. | |
| IN RE:<br><br>COLUMBIA MANUFACTURING, INC., dba COLUMBIA ONION | |

**ORDER ON JOINT ADMINISTRATION**

BAILEY BUSEY
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

-1-

|             |   |
|-------------|---|
| Debtor.     |   |

This matter came before the Court on the Debtors' motion for an order authorizing: (a) providing for the joint administration of these cases; and (b) permitting the use of a consolidated mailing matrix (**"Motion"**). The following appearances were made at the hearing: (a) Roger Bailey and Josh Busey for the Debtors; (b) _____ for Rabo AgriFinance; (c) _____ for the United States Trustee; and (d) _____. Based upon the pleadings filed with the Court and the argument of counsel, the Court hereby finds and orders as follows:

1. The Motion has been coupled with a request to limit the time for notice and objections. Given the circumstances of this case the Court finds that it is appropriate to limit the time for objections and notice with respect to the Motion. The Debtors' Motion to Shorten Time is hereby granted.

2. Notice, including service, of the motion was proper pursuant to FRBP 2002, LBR 2002-1.

**ORDER ON JOINT ADMINISTRATION**

BAILEY BUSEY
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

-2-

3. The Motion is hereby granted.

4. The Court finds and orders as follows:

4.1 Each of the Debtors is an affiliate of the other, as that term is defined in 11 U.S.C. 101(2) and joint administration of these cases is authorized by 1015(b) of the Federal Rules of Bankruptcy Procedure.

4.2 The bankruptcy cases of the Debtors shall be jointly administered and one Court file and one Court docket shall be maintained for the jointly administered estates of the Debtors. This one Court file and docket shall be the file and docket established for Tatoes, LLC.

4.3 A consolidated mailing matrix will be created from the mailing matrix for each of the bankruptcy cases for the separate Debtors. After creation, the consolidated matrix shall be kept in the file and docket established for Tatoes, LLC.

Presented By:

_____
ROGER W. BAILEY (WSBA 26121)
JOSHUA J. BUSEY (WSBA 34312)
Bailey & Busey PLLC
Counsel for the Debtors

ORDER ON JOINT ADMINISTRATION
-3-

BAILEY BUSEY
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

16-00900-FPC11   Doc 5   Filed 03/21/16   Entered 03/21/16 17:16:05   Pg 9 of 9