Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| **2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | |

| **2.1** | **5.2.1, Inc.** | | |
|---|---|---|---|

Creditor's Name

**15374 Road 26 SW**
**Mattawa, WA 99349-8238**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
1. Windflow Fertilizer
2. Rabo Agrifinance, Inc.
3. Lynn Wolf & Estate of Samuel Wolf
4. Anderson Farms, Inc.
5. Glenn Leland & Big Cherry Orchards
6. JB Farms, LLC
7. Alan Bassani
8. C&K Farms
9. Clyde Fisk
10. 5.2.1, Inc.
11. Del Christensen
12. Richard Piper
13. Terri Price
14. Larry & Marilynn Stayner
15. Rob

**Describe debtor's property that is subject to a lien**
**Potential landlord's lien. The Debtor believes payments were current as of the petition date.**

**Describe the lien**
**Real Property Lease; Unit 31 Block 253**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $115,500.00 | $3,683,058.00 |
|---|---|

| **2.2** | **Alan Bassani** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Poetntial landlord's lien. The Debtor believes that the lease payments were current at the time of filing.**

| $152,000.00 | $3,683,058.00 |
|---|---|

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**4503 Gun Club Rd**
**Yakima, WA 98901-9579**
Creditor's mailing address

**Describe the lien**
**Real Property Lease; Unit 43 Block 251; Unit 44 Block 251**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

1. **Windflow Fertilizer**
2. **Rabo Agrifinance, Inc.**
3. **Lynn Wolf & Estate of Samuel Wolf**
4. **Anderson Farms, Inc.**
5. **Glenn Leland & Big Cherry Orchards**
6. **JB Farms, LLC**
7. **Alan Bassani**
8. **C&K Farms**
9. **Clyde Fisk**
10. **5.2.1, Inc.**
11. **Del Christensen**
12. **Richard Piper**
13. **Terri Price**
14. **Larry & Marilynn Stayner**
15. **Rob**

---

| 2.3 | **Ally Bank** | **Describe debtor's property that is subject to a lien** | $15,593.82 | $23,000.00 |
|---|---|---|---|---|

Creditor's Name

**2014 Chevrolet**
**2014 Chevy Silverado**

**PO Box 9001948**
**Louisville, KY 40290-1948**
Creditor's mailing address

**Describe the lien**
**2014 Chevy Silverado**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ally Bank** | | $12,115.72 | $23,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2013 Chevrolet**
**2013 Chevy Silverado**

PO Box 9001948
**Louisville, KY 40290-1948**
Creditor's mailing address

**Describe the lien**
**2013 Chevy Silverado**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ally Bank** | | $8,037.77 | $17,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2013 Chevrolet**
**2013 Chevy Silverado**

PO Box 9001948
**Louisville, KY 40290-1948**
Creditor's mailing address

**Describe the lien**
**2013 Chevy Silverado**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Anderson Farms, Inc.** | | $208,000.00 | $3,683,058.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Potential landlord's lien from real property lease. Debtor believes that the lease payments were currenty through the date of filing.**

**Duaine Anderson**
**941 S Reynolds Rd**
**Othello, WA 99344-9736**
Creditor's mailing address

**Describe the lien**
**Real Property Lease; Unit 19 Block 253; Unit 24 Block 253**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Windflow Fertilizer**
**2. Rabo Agrifinance, Inc.**
**3. Lynn Wolf & Estate of Samuel Wolf**
**4. Anderson Farms, Inc.**
**5. Glenn Leland & Big Cherry Orchards**
**6. JB Farms, LLC**
**7. Alan Bassani**
**8. C&K Farms**
**9. Clyde Fisk**
**10. 5.2.1, Inc.**
**11. Del Christensen**
**12. Richard Piper**
**13. Terri Price**
**14. Larry & Marilynn Stayner**
**15. Rob**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **C&K Farms** | | $112,000.00 | $3,683,058.00 |

Creditor's Name

**150 S Highway 17**
**Othello, WA 99344-9019**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Potential landlord's lien. The Debtor believes payments were current as of the date of petition.**

**Describe the lien**
**Real Property Lease; Unit 24 Block 25**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

☐ Unliquidated

☐ Disputed

■ Yes. Specify each creditor, including this creditor and its relative priority.

1. Windflow Fertilizer
2. Rabo Agrifinance, Inc.
3. Lynn Wolf & Estate of Samuel Wolf
4. Anderson Farms, Inc.
5. Glenn Leland & Big Cherry Orchards
6. JB Farms, LLC
7. Alan Bassani
8. C&K Farms
9. Clyde Fisk
10. 5.2.1, Inc.
11. Del Christensen
12. Richard Piper
13. Terri Price
14. Larry & Marilynn Stayner
15. Rob

---

| 2.8 | **Clyde Fisk** | Describe debtor's property that is subject to a lien | $101,500.00 | $3,683,058.00 |
|---|---|---|---|---|

Creditor's Name

**Potential landlord's lien. The debtor believes payments were current on petition date.**

8115 Road 9.3 SW
Royal City, WA 99357-9602
Creditor's mailing address

**Describe the lien**

**Real Property Lease; Unit 70 Block 81**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

☐ No

☐ Unliquidated

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

1. Windflow Fertilizer
2. Rabo Agrifinance, Inc.
3. Lynn Wolf & Estate of Samuel Wolf
4. Anderson Farms, Inc.
5. Glenn Leland & Big Cherry Orchards
6. JB Farms, LLC
7. Alan Bassani
8. C&K Farms
9. Clyde Fisk
10. 5.2.1, Inc.
11. Del Christensen
12. Richard Piper
13. Terri Price
14. Larry & Marilynn Stayner
15. Rob

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| 2.9 | **DAC, LLC** | Describe debtor's property that is subject to a lien | $71,500.00 | $3,683,058.00 |

Creditor's Name

**2016 Crops - Crops Not Segregated by Parcel**

**18400 Road 24 SW**
**Mattawa, WA 99349**
Creditor's mailing address

**Describe the lien**
**Oral Lease on Unit 73 Block 25; Unit 66**
**Block 81; Unit 3/4 Block 85; Unit 67 Blo**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

1. Windflow Fertilizer
2. Rabo Agrifinance, Inc.
3. Lynn Wolf & Estate of Samuel Wolf
4. Anderson Farms, Inc.
5. Glenn Leland & Big Cherry Orchards
6. JB Farms, LLC
7. Alan Bassani
8. C&K Farms
9. Clyde Fisk
10. 5.2.1, Inc.
11. Del Christensen
12. Richard Piper
13. Terri Price
14. Larry & Marilynn Stayner
15. Rob

| 2.1 0 | **Del Christensen** | Describe debtor's property that is subject to a lien | $18,500.00 | $3,683,058.00 |

Creditor's Name

**Potential landlord's lien. Debtor believes that payments were current as of the petition date.**

**18400 Road 24 SW**
**Mattawa, WA 99349**
Creditor's mailing address

**Describe the lien**
**Real Property Lease: Unit 83 Block 25; Unit 84 Block 25**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No
☐ Contingent
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
☐ Unliquidated
☐ Disputed

1. **Windflow Fertilizer**
2. **Rabo Agrifinance, Inc.**
3. **Lynn Wolf & Estate of Samuel Wolf**
4. **Anderson Farms, Inc.**
5. **Glenn Leland & Big Cherry Orchards**
6. **JB Farms, LLC**
7. **Alan Bassani**
8. **C&K Farms**
9. **Clyde Fisk**
10. **5.2.1, Inc.**
11. **Del Christensen**
12. **Richard Piper**
13. **Terri Price**
14. **Larry & Marilynn Stayner**
15. **Rob**

---

| 2.1 1 | **Ford Motor Credit** | | $7,201.46 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**2013 Ford**
**2013 Ford F250 Super Duty**

**PO Box 552679**
**Detroit, MI 48255-2679**
Creditor's mailing address

**Describe the lien**
**Ford 2013 F250**
**Is the creditor an insider or related party?**
■ No
Creditor's email address, if known
☐ Yes
**Is anyone else liable on this claim?**
■ No
**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
**As of the petition filing date, the claim is:**
Check all that apply
■ No
☐ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Glenn Leland & Big Cherry Orchards** | | $68,000.00 | $3,683,058.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Potential Landlord's lien on 2016 crop.**

**16602 Road 25 SW**
**Mattawa, WA 99349-8236**
Creditor's mailing address

**Describe the lien**
**Real Property Lease; Unit 74 Block 26**
**Is the creditor an insider or related party?**
■ No
Creditor's email address, if known
☐ Yes
**Is anyone else liable on this claim?**
■ No
**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. Windflow Fertilizer** | ☐ Disputed |
| **2. Rabo Agrifinance, Inc.** | |
| **3. Lynn Wolf & Estate of Samuel Wolf** | |
| **4. Anderson Farms, Inc.** | |
| **5. Glenn Leland & Big Cherry Orchards** | |
| **6. JB Farms, LLC** | |
| **7. Alan Bassani** | |
| **8. C&K Farms** | |
| **9. Clyde Fisk** | |
| **10. 5.2.1, Inc.** | |
| **11. Del Christensen** | |
| **12. Richard Piper** | |
| **13. Terri Price** | |
| **14. Larry & Marilynn Stayner** | |
| **15. Rob** | |

---

| 2.1 3 | **H Lee, LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Potential landlord's lien. Debtor believes payments were current as of date of petition.** | $93,750.00 | $3,683,058.00 |
|---|---|---|---|---|

**11915 Road M SW**
**Royal City, WA 99357-9537**
Creditor's mailing address

Describe the lien
**Real property lease; Unit 20 Block 82**
Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?

Date debt was incurred

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

**1. Windflow Fertilizer**
**2. Rabo Agrifinance, Inc.**
**3. Lynn Wolf & Estate of**
**Samuel Wolf**
**4. Anderson Farms, Inc.**
**5. Glenn Leland & Big**
**Cherry Orchards**
**6. JB Farms, LLC**
**7. Alan Bassani**
**8. C&K Farms**
**9. Clyde Fisk**
**10. 5.2.1, Inc.**
**11. Del Christensen**
**12. Richard Piper**
**13. Terri Price**
**14. Larry & Marilynn**
**Stayner**
**15. Rob**

---

| 2.14 | **JB Farms, LLC** | Describe debtor's property that is subject to a lien | $64,000.00 | $3,683,058.00 |
|---|---|---|---|---|

   Creditor's Name

**Potential Landlord's lien on 2016 crop.**

**24064 Road L SW**
**Mattawa, WA 99349-8269**
Creditor's mailing address

**Describe the lien**
**Real Property Lease; Unit 46 Block 253**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

**1. Windflow Fertilizer**
**2. Rabo Agrifinance, Inc.**
**3. Lynn Wolf & Estate of**
**Samuel Wolf**
**4. Anderson Farms, Inc.**
**5. Glenn Leland & Big**
**Cherry Orchards**
**6. JB Farms, LLC**
**7. Alan Bassani**
**8. C&K Farms**
**9. Clyde Fisk**
**10. 5.2.1, Inc.**
**11. Del Christensen**
**12. Richard Piper**
**13. Terri Price**
**14. Larry & Marilynn**
**Stayner**
**15. Rob**

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| 2.1 5 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $132,626.88 | $160,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**PO Box 6600**
**Johnston, IA 50131-6600**
Creditor's mailing address

**2014 JD Sprayer**

**Describe the lien**
**2014 JD Sprayer**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Rabo Agrifinance, Inc.**
**2. John Deere Financial**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $13,394.26 | $30,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**PO Box 6600**
**Johnston, IA 50131-6600**
Creditor's mailing address

**2013 JD Fumigator**

**Describe the lien**
**2013 JD Fumigator**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Rabo Agrifinance, Inc.**
**2. John Deere Financial**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $21,019.90 | $30,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**PO Box 6600**
**Johnston, IA 50131-6600**
Creditor's mailing address

**2013 JD Piler**

**Describe the lien**
**2013 JD Piler**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

---

| | |
|---|---|
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
| | ☐ No |
| **Last 4 digits of account number** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| 1. Rabo Agrifinance, Inc. | ☐ Disputed |
| 2. John Deere Financial | |

---

| 2.1 8 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | $6,342.95 | $21,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **JD Multivator** | | |

**PO Box 6600**
**Johnston, IA 50131-6600**
Creditor's mailing address

**Describe the lien**
**JD Multivator**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| 1. Rabo Agrifinance, Inc. | ☐ Disputed |
| 2. John Deere Financial | |

---

| 2.1 9 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | $6,733.10 | $75,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2 JD Tractors & JD Loader** | | |

**PO Box 6600**
**Johnston, IA 50131-6600**
Creditor's mailing address

**Describe the lien**
**2 JD Tractors & 1 JD Loader**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| 1. Rabo Agrifinance, Inc. | ☐ Disputed |
| 2. John Deere Financial | |

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| 2.2 0 | **JTMT, LLC** | Describe debtor's property that is subject to a lien | $91,000.00 | $3,683,058.00 |
|---|---|---|---|---|

Creditor's Name

**Potential landlord's lien.  Debtor believes payments were current on petition date.**

**11944 Frenchman Hills Rd Quincy, WA 98848-9564**
Creditor's mailing address

Describe the lien
**Real property lease; Unit 103 Block 78**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
1. Windflow Fertilizer
2. Rabo Agrifinance, Inc.
3. Lynn Wolf & Estate of Samuel Wolf
4. Anderson Farms, Inc.
5. Glenn Leland & Big Cherry Orchards
6. JB Farms, LLC
7. Alan Bassani
8. C&K Farms
9. Clyde Fisk
10. 5.2.1, Inc.
11. Del Christensen
12. Richard Piper
13. Terri Price
14. Larry & Marilynn Stayner
15. Rob

| 2.2 1 | **Larry & Marilynn Stayner** | Describe debtor's property that is subject to a lien | $16,650.00 | $3,683,058.00 |
|---|---|---|---|---|

Creditor's Name

**Potential landlord's lien.**

**6333 E Viewmont Dr # 78 Mesa, AZ 85215-7786**
Creditor's mailing address

Describe the lien
**Real Property lease; Unit 23 Block 26**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Debtor __Tatoes, LLC_____ Case number (if know) __16-00900-FPC11__
Name

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

1. Windflow Fertilizer
2. Rabo Agrifinance, Inc.
3. Lynn Wolf & Estate of Samuel Wolf
4. Anderson Farms, Inc.
5. Glenn Leland & Big Cherry Orchards
6. JB Farms, LLC
7. Alan Bassani
8. C&K Farms
9. Clyde Fisk
10. 5.2.1, Inc.
11. Del Christensen
12. Richard Piper
13. Terri Price
14. Larry & Marilynn Stayner
15. Rob

| | | |
|---|---|---|
| 2.2 2 | **Lynn Wolf & Estate of Samuel Wolf** | |

Creditor's Name

C/O Tippett Co. of WA, LLC
PO Box 3027
Pasco, WA 99302-3027

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Potential statutory landlord's lien. Debtor believes lease payments were current as of the date of filing.**

**Describe the lien**
**Real Property Lease; Unit 9 Block 251; Unit 23 Block 26**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$50,000.00       $3,683,058.00

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
1. **Windflow Fertilizer**
2. **Rabo Agrifinance, Inc.**
3. **Lynn Wolf & Estate of
Samuel Wolf**
4. **Anderson Farms, Inc.**
5. **Glenn Leland & Big
Cherry Orchards**
6. **JB Farms, LLC**
7. **Alan Bassani**
8. **C&K Farms**
9. **Clyde Fisk**
10. **5.2.1, Inc.**
11. **Del Christensen**
12. **Richard Piper**
13. **Terri Price**
14. **Larry & Marilynn
Stayner**
15. **Rob**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | | | |
|---|---|---|---|

**Nunhems USA, Inc.**
Creditor's Name

**Attn: Accts Receivable
1200 Anderson Corner Rd
Parma, ID 83660-6188**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2016 Crops - Crops Not Segregated by Parcel**

**$88,890.00**          **$3,683,058.00**

Describe the lien
**Onion Seed - 2016 Crop**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
1. **Windflow Fertilizer**
2. **Rabo Agrifinance, Inc.**
3. **Lynn Wolf & Estate of
Samuel Wolf**
4. **Anderson Farms, Inc.**
5. **Glenn Leland & Big
Cherry Orchards**
6. **JB Farms, LLC**
7. **Alan Bassani**
8. **C&K Farms**
9. **Clyde Fisk**
10. **5.2.1, Inc.**
11. **Del Christensen**
12. **Richard Piper**
13. **Terri Price**
14. **Larry & Marilynn
Stayner**
15. **Rob**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2.4 | **Rabo Agrifinance, Inc.** | | $22,000,000.00 | $16,483,772.82 |
|---|---|---|---|---|

**Rabo Agrifinance, Inc.**
Creditor's Name

c/o Ray Quinney & Nebeker
PC
36 S State St Ste 1400
Salt Lake City, UT
84111-1451
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**July, 2014**
**Last 4 digits of account number**

Do multiple creditors have an
Interest in the same property?
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.

**7. Windflow Fertilizer**
**8. Lynn Wolf & Estate of**
**Samuel Wolf**
**9. Anderson Farms, Inc.**
**10. Glenn Leland & Big**
**Cherry Orchards**
**11. JB Farms, LLC**
**12. Alan Bassani**
**13. C&K Farms**
**14. Clyde Fisk**
**15. 5.2.1, Inc.**
**16. Del Christensen**
**17. Richard Piper**
**18. Terri Price**
**19. Larry & Marilynn**
**Stayner**
**20. Robert Christensen**

Describe debtor's property that is subject to a lien
**Security Interest in Substantially All Assets.**
**Rabo's loans are also collateralized by**
**non-Debtor collateral. See Exhibit D-1,**
**attached hereto.**

Describe the lien
**Rabo Has Collateral owned by Non-Debtors.**
**See Exhibit D1**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2.5 | **Richard Piper** | | $48,000.00 | $3,683,058.00 |
|---|---|---|---|---|

**Richard Piper**
Creditor's Name

4709 Red Apple Rd
Cashmere, WA 98815-9751
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an
interest in the same property?

Describe debtor's property that is subject to a lien
**Potential landlord's lien. Debtor believes**
**that payments were current as of petition**
**date.**

Describe the lien
**Real Property Lease; Unit 67 Block 26**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | Tatoes, LLC | Case number (if known) | 16-00900-FPC11 |
|---|---|---|---|

Name

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

1. Windflow Fertilizer
2. Rabo Agrifinance, Inc.
3. Lynn Wolf & Estate of Samuel Wolf
4. Anderson Farms, Inc.
5. Glenn Leland & Big Cherry Orchards
6. JB Farms, LLC
7. Alan Bassani
8. C&K Farms
9. Clyde Fisk
10. 5.2.1, Inc.
11. Del Christensen
12. Richard Piper
13. Terri Price
14. Larry & Marilynn Stayner
15. Rob

---

| 2.26 | **Robert Christensen** | Describe debtor's property that is subject to a lien | **$63,000.00** | **$3,683,058.00** |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Potential landlord's lien.  Debtor believes payments were current as of petition date.**

26503 SW O Rd
Mattawa, WA 99349

Creditor's mailing address

Describe the lien
**real property lease; Unit 68 Block 81**

Is the creditor an insider or related party?
☐ No
■ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.

1. Windflow Fertilizer
2. Rabo Agrifinance, Inc.
3. Lynn Wolf & Estate of Samuel Wolf
4. Anderson Farms, Inc.
5. Glenn Leland & Big Cherry Orchards
6. JB Farms, LLC
7. Alan Bassani
8. C&K Farms
9. Clyde Fisk
10. 5.2.1, Inc.
11. Del Christensen
12. Richard Piper
13. Terri Price
14. Larry & Marilynn Stayner
15. Rob

---

Official Form 206D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 16 of 21

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| 2.2 7 | **Ryan Christensen** | | Describe debtor's property that is subject to a lien | $42,000.00 | $3,683,058.00 |
|---|---|---|---|---|---|

**Ryan Christensen**
Creditor's Name

Describe debtor's property that is subject to a lien
**Potential landlord's lien. Debtor believes payments were current on petition date.**

3931 Road 11 SW
**Royal City, WA 99357-9716**
Creditor's mailing address

Describe the lien
**real property lease; Unit 103 Block 86**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No

**Date debt was incurred**

☐ Yes, Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Windflow Fertilizer
2. Rabo Agrifinance, Inc.
3. Lynn Wolf & Estate of Samuel Wolf
4. Anderson Farms, Inc.
5. Glenn Leland & Big Cherry Orchards
6. JB Farms, LLC
7. Alan Bassani
8. C&K Farms
9. Clyde Fisk
10. 5.2.1, Inc.
11. Del Christensen
12. Richard Piper
13. Terri Price
14. Larry & Marilynn Stayner
15. Rob**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 8 | **Saddle Mountain Supply** | | Describe debtor's property that is subject to a lien | $650,000.00 | $3,683,058.00 |
|---|---|---|---|---|---|

**Saddle Mountain Supply**
Creditor's Name

Describe debtor's property that is subject to a lien
**2016 Crops - Crops Not Segregated by Parcel**

PO Box 370
**Royal City, WA 99357-0370**
Creditor's mailing address

Describe the lien
**Lien on 2016 crop**
Is the creditor an insider or related party?
■ No

Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?
■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
1. **Windflow Fertilizer**
2. **Rabo Agrifinance, Inc.**
3. **Lynn Wolf & Estate of**
**Samuel Wolf**
4. **Anderson Farms, Inc.**
5. **Glenn Leland & Big**
**Cherry Orchards**
6. **JB Farms, LLC**
7. **Alan Bassani**
8. **C&K Farms**
9. **Clyde Fisk**
10. **5.2.1, Inc.**
11. **Del Christensen**
12. **Richard Piper**
13. **Terri Price**
14. **Larry & Marilynn**
**Stayner**
15. **Rob**

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 9 | **Sun Slope Farms, Inc.** |
|---|---|

Creditor's Name

**PO Box 998**
**Mattawa, WA 99349-0955**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
1. **Windflow Fertilizer**
2. **Rabo Agrifinance, Inc.**
3. **Lynn Wolf & Estate of**
**Samuel Wolf**
4. **Anderson Farms, Inc.**
5. **Glenn Leland & Big**
**Cherry Orchards**
6. **JB Farms, LLC**
7. **Alan Bassani**
8. **C&K Farms**
9. **Clyde Fisk**
10. **5.2.1, Inc.**
11. **Del Christensen**
12. **Richard Piper**
13. **Terri Price**
14. **Larry & Marilynn**
**Stayner**
15. **Rob**

Describe debtor's property that is subject to a lien          $98,000.00     $3,683,058.00
**Potential lanlord lien.  Debtor believes that**
**the lease payments are current as of the date**
**of filing.**

Describe the lien
**Real Property Lease; Unit 5 Block 253**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.30 | **Terri Price** | Describe debtor's property that is subject to a lien | $49,000.00 | $3,683,058.00 |
|------|-----------------|----|---|---|

Creditor's Name

**Potential landlord's lien. Debtor believes payments were current as of the petition.**

8244 Road 24 SW
Mattawa, WA 99349-8250
Creditor's mailing address

**Describe the lien**

**Real Property Lease; Unit 70 Block 25**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Yes. Specify each creditor, including this creditor and its relative priority.

1. Windflow Fertilizer
2. Rabo Agrifinance, Inc.
3. Lynn Wolf & Estate of Samuel Wolf
4. Anderson Farms, Inc.
5. Glenn Leland & Big Cherry Orchards
6. JB Farms, LLC
7. Alan Bassani
8. C&K Farms
9. Clyde Fisk
10. 5.2.1, Inc.
11. Del Christensen
12. Richard Piper
13. Terri Price
14. Larry & Marilynn Stayner
15. Rob

---

| 2.31 | **Thomas Hebdon** | Describe debtor's property that is subject to a lien | $98,000.00 | $3,683,058.00 |
|------|-------------------|----|---|---|

Creditor's Name

**Potential landlord's lien. Debtor believes payments were current as of petition date.**

13679 Road M SW
Royal City, WA 99357-9549
Creditor's mailing address

**Describe the lien**

**Real Property Lease; Unit 56 & 57 Block 83**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
1. **Windflow Fertilizer**
2. **Rabo Agrifinance, Inc.**
3. **Lynn Wolf & Estate of
Samuel Wolf**
4. **Anderson Farms, Inc.**
5. **Glenn Leland & Big
Cherry Orchards**
6. **JB Farms, LLC**
7. **Alan Bassani**
8. **C&K Farms**
9. **Clyde Fisk**
10. **5.2.1, Inc.**
11. **Del Christensen**
12. **Richard Piper**
13. **Terri Price**
14. **Larry & Marilynn
Stayner**
15. **Rob**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 2 | **Windflow Fertilizer** |
|---|---|

Creditor's Name

**15030 Road 26 SW
Mattawa, WA 99349-8238**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
1. **Windflow Fertilizer**
2. **Rabo Agrifinance, Inc.**
3. **Lynn Wolf & Estate of
Samuel Wolf**
4. **Anderson Farms, Inc.**
5. **Glenn Leland & Big
Cherry Orchards**
6. **JB Farms, LLC**
7. **Alan Bassani**
8. **C&K Farms**
9. **Clyde Fisk**
10. **5.2.1, Inc.**
11. **Del Christensen**
12. **Richard Piper**
13. **Terri Price**
14. **Larry & Marilynn
Stayner**
15. **Rob**

**Describe debtor's property that is subject to a lien**
**2016 Crops - Crops Not Segregated by Parcel**

$394,190.46    $3,683,058.00

**Describe the lien**
**Crop Lien on 2016 Crop**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Tatoes, LLC | Case number (if know) | 16-00900-FPC11 |
|---|---|---|---|
| | Name | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$24,916,546.32

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

# EXHIBIT D-1

# TO

# BANKRUPTCY SCHEDULES

**Property Schedule**

RABO Internal Appraisal

| Owned Property | Property Owner | Parcel Number | Gross Acres | Appraised Value |
|---|---|---|---|---|
| Farm A | DAC | 191557000 | 66.3 | $ 3,208,500.00 |
| Farm B | DAC | 211561000 | 40.5 | |
| | DAC | 211562000 | 80.8 | |
| | DAC | 211564000 | 20.2 | |
| | DAC | 211563000 | 20.2 | $ 2,254,700.00 |
| Farm C | DAC | 190145000 | 157.3 | $ 1,858,750.00 |
| Farm D | DAC | 210642000 | 80.5 | $ 2,175,000.00 |
| | DAC | 210643000 | 80.4 | |
| Farm E | DAC | 210234000 | 37.7 | |
| | DAC | 210233000 | 48.2 | |
| | DAC | 210238000 | 46.1 | |
| | DAC | 312369000 | 105.94 | |
| | Terra Management | 210235000 | 53.3 | $ 3,503,000.00 |
| Total | | | 837.44 | $ 12,999,950.00 |

Gentry Appraisal

| Owned Property | Property Owner | Parcel Number | Gross Acres | Appraised Value |
|---|---|---|---|---|
| | U12B253, LLC | 190002000 | | |
| | Terra Management | 190004003 | | |
| | Del & Daneen | 190004004 | | |
| | Del & Daneen | 190004005 | | |
| | Terra Management | 190004006 | | |
| | U12B253, LLC | 190004007 | | |
| Property 3A | Terra Management | 190004009 | 31.88 | $ 1,980,000.00 |
| | U12B253, LLC | 191557000 | | $ 4,060,000.00 |
| Property 3B | Wahluke Produce, Inc. | 400182023 | | |
| | Wahluke Produce, Inc. | 400182025 | 19.6 | $ 2,240,000.00 |
| Property 4 | Del & Daneen | 211480001 | 1.6 | $ 50,000.00 |
| Property 2 | Del & Daneen | 190164000 | 185 | $ 2,200,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| | Del & Daneen | 190165001 | | | |
| | Tatoes | 190165002 | | | |
| House | Del & Daneen | 190166000 | | $ | 350,000.00 |
| Property 5 | U12B253 | 211565000 | 120 | $ | 1,440,000.00 |
| | U12B253 | 211567000 | | $ | 12,320,000.00 |
| | | | 358.08 | | |
| Property 5 (Acres Not Included) | | | 67 | $ | 804,000.00 Not based upon appraisal |
| Equipment | | | | | |
| Wahluke Produce | | | | $ | 3,314,000.00 |
| Columbia Onion - Fresh | | | | $ | 384,400.00 |
| Columbia Onion - Process | | | | $ | 702,900.00 |
| | | | | $ | 4,401,300.00 |
| Saddle Mountain Wireless | | | | $ | 1,500,000.00 Not based upon appraisal |
| Less: Double Counting Onion Shed | | | | $ | (1,604,250.00) |
| Total Collateral Value | | | | $ | 30,421,000.00 |

** Debtor believes real property values are undestated based upon current market conditions.